1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JESUS REYES PUENTES-MONTELONGO
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:25-cr-00117-KES-BAM |
   |---|---|
12 | Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER** |
13 | vs. | |
14 | JESUS REYES PUENTES-MONTELONGO, | Date:   July 7, 2025<br>Time:   9:30 a.m.<br>Judge: Hon. Kirk E. Sherriff |
15 | | |
16 | Defendant. | |

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, Assistant

19 Federal Defender Laura Myers, counsel for Jesus Puentes-Montelongo, that the Court may

20 vacate the status conference currently scheduled for July 9, 2025, at 1:00 p.m., and set a change-

21 of-plea hearing on July 7, 2025, at 9:30 a.m.

22         The parties agree and request that the Court make the following findings:

23         1.     By previous order, this matter was set for a status conference on July 9, 2025, at

24 1:00 p.m.

25         2.     Mr. Puentes-Montelongo intends to enter a change of plea.  A signed plea

26 agreement has been filed on the docket.

27         3.     The parties therefore request that the Court vacate the July 9 status conference set

28 a change-of-plea hearing on July 7, 2025, at 9:30 a.m.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, the court need not make further findings, as time has already been excluded through July 9, 2025.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: June 27, 2025

*/s/ Arelis Clemente*
ARELIS CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 27, 2025

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
JESUS REYES PUENTES-MONTELONGO

# O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for July 9, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe is vacated. A change-of-plea hearing is hereby set for July 7, 2025, at 9:30 a.m. before the Honorable Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:   **June 27, 2025**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE